UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TINA BILLINGS,<br><br>           Plaintiff,<br><br>v.<br><br>DIVERSIFIED COLLECTION<br>SERVICES, INC.,<br><br>           Defendants. | Civil Action No. 10-11836 |

## STIPULATION OF DISMISSAL

The parties hereby stipulate that this action shall be and hereby is dismissed with prejudice, without costs, and with all rights of appeal waived.

| | |
|---|---|
| TINA BILLINGS, | DIVERSIFIED COLLECTION SERVICES, INC., |
| By her attorneys, | By its attorneys, |
| */s/ Derek DePetrillo*<br>Derek DePetrillo, Esq.<br>BBO # 670303<br>Consumer Rights Law Firm<br>191 Merrimack Street, Suite 302<br>Haverhill, MA  01830<br>(603) 685-3323 | */s/ John J. O'Connor*<br>John J. O'Connor, Esq.<br>BBO # 555251<br>PEABODY & ARNOLD LLP<br>600 Atlantic Avenue<br>Boston, MA  02210-2261<br>(617) 951-2100<br>joconnor@peabodyarnold.com |

Dated:  February 1, 2011

2

## CERTIFICATE OF SERVICE

I, John J. O'Connor, hereby certify that on the 1st day of February, 2011, I served the attached by causing a copy thereof to be sent via ECF on the following:

Derek DePetrillo, Esq.
Consumer Rights Law Firm
191 Merrimack Street, Suite 302
Haverhill, MA  01830

                  */s/ John J. O'Connor*

738171_1
15452-94984