UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TINA BILLINGS,
       Plaintiff,

v.

DIVERSIFIED COLLECTION
SERVICES, INC.,
       Defendants.

CIVIL ACTION NO.
10-11836-MBB

FINAL JUDGMENT

FEBRUARY 3, 2011

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal filed by the parties, it is **ORDERED** that this action is hereby **DISMISSED** with prejudice and without costs and with all rights of appeal waived.

/s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge